THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* IRVING BAUMEL, Appellant.

(Argued April 27, 1936; decided May 19, 1936.)

*John A. Klett* and *Edward A. Alexander* for appellant.
*William Copeland Dodge,* District Attorney (*Edwin J. Talley* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.